Christopher A. Sproul (Bar No. 126398)
Jodene Isaacs (Bar No. 226895)
Megan Anderson (Bar No. 237548)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com, jisaacs@enviroadvocates.com

William Verick (Bar No. 140972)
Klamath Environmental Law Center
Fredric Evenson (Bar No. 198059)
Law Offices of Fredric Evenson
424 First Street
Eureka, CA 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: wverick@igc.org, ecorights@earthlink.net

Michelle D. Smith (Bar No. 233515)
Humboldt Baykeeper
422 First Street, Suite G
Eureka, CA 95501
Telephone: (707) 268-0665
Facsimile: (707) 268-8901
Email: michelle@humboldtbaykeeper.org

Attorneys for Plaintiff
HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS
FOUNDATION, and CALIFORNIANS FOR ALTERNATIVES TO TOXICS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and CALIFORNIANS FOR ALTERNATIVES TO TOXICS,  Plaintiffs, <br><br> v. <br><br> SIMPSON TIMBER COMPANY, PRESTON PROPERTIES, SHN CONSULTING ENGINEERS AND GEOLOGISTS, INC., BUILDING MATERIALS DISTRIBUTORS, INC., and PATRICK O'DELL, <br><br> Defendants. | Case No.  C 06-04188 CRB <br><br> [~~Proposed~~] ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR MOTION TO COMPEL DISCOVERY INSPECTION OF LAND OWNED BY DEFENDANT PRESTON PROPERTIES <br><br> Date:   November 1, 2006 <br> Location: via telephone <br> United States Court House <br> 450 Golden Gate Avenue <br> San Francisco, California |

1

1  Having duly considered the papers filed concerning Plaintiff's Motion To Shorten Time to
2  Hear Plaintiff's Motion to Compel Discovery Inspection of Land Owned by Defendant Preston
3  Properties, the Court HEREBY GRANTS Plaintiff's Motion. IT IS HEREBY ORDERED THAT:
4  Defendant Preston Properties participate in a telephone conference on November  2 , 2006 at
5  Noon  to hear Plaintiffs' Motion to Compel Discovery Inspection of Land Owned by Defendant
6  Preston Properties.
7  IT IS SO ORDERED.

8  Dated: November  2 , 2006

_____
United States Magistrate Judge

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)