**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER,<br><br>        Plaintiff(s),<br><br>   v.<br><br>SIMPSON TIMBER COMPANY,<br><br>        Defendant(s).<br>_____/ | Case No.  06-04188 CRB (JCS)<br><br>**ORDER GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION TO COMPEL PRODUCTION DOCUMENTS FROM PATRICK O'DELL**<br>**[Docket No. 69]** |

On March 20, 2007, Plaintiff and Defendants O'Dell and Preston Properties filed a Joint Discovery Letter Brief, which the Court has construed as Plaintiff's Motion to Compel Production of Documents from Patrick O'Dell (the "Motion").

On April 6, 2007, a telephonic hearing was held on the Motion. Christopher Sproul, counsel for Plaintiff, was present. Thomas Becker, counsel for Defendants O'Dell and Preston Properties, was present.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT the Motion is GRANTED to the extent that the Defendant shall produce the documents responsive to Plaintiff's Requests Nos. 7-9 for the most recent two (2) years, within thirty (30) days. The documents are confidential and shall only be disclosed  to outside counsel of record and expert witnesses. Parties shall negotiate a form of Protective Order. The remainder of the Motion is DENIED.

Dated:  April 9, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge