IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, et al., | No. C 06-04188 CRB |
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO FILE CROSS-CLAIM** |
| v. | |
| SIMPSON TIMBER COMPANY, et al., | |
| Defendant. / | |

For the reasons stated at the hearing, Preston Properties' motion for leave to file a cross-claim is GRANTED.

**IT IS SO ORDERED.**

Dated: January 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4188\Cross-Claim Order.wpd