IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, et al., | No. C 06-04188 CRB |
| Plaintiff, | **ORDER APPROVING CONSENT DECREE** |
| v. | |
| SIMPSON TIMBER COMPANY, et al., | |
| Defendant. | |

The consent decree filed between Plaintiffs and Defendant Preston Properties is APPROVED AND ENTERED.

**IT IS SO ORDERED.**

Dated: January 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4188\Order Approving Consent Decree.wpd