
SCOTT L. STEEVER (#180189)
WILLIAM J. FEENEY (#113120)
LANAHAN & REILLEY LLP
Attorneys at Law
600 Bicentennial Way, Suite 300
Santa Rosa, California 95403
Telephone: (707) 524-4200
Facsimile: (707) 523-4610

Attorneys for Defendant
SIMPSON TIMBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation, an CALIFORNIA FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPSON TIMBER COMPANY, a Washington corporation, PRESTON PROPERTIES, a California corporation. SHN CONSULTING ENGINEERS AND GEOLOGISTS, INC., a California corporation, BUILDING MATERIALS DISTRIBUTORS, INC., a California corporation, and PATRICK O'DELL, an individual,<br><br>Defendants. | CASE NO.: C-06-4188 CRB<br><br>**ORDER ON SIMPSON TIMBER COMPANY'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

IT IS HEREBY ORDERED THAT the request of SIMPSON TIMBER COMPANY, a Defendant herein, to substitute LANAHAN & REILLEY LLP, Scott L. Steever (California State Bar No. 180189) and William J. Feeney (California State Bar No. 113120), 600 Bicentennial Way, Suite 300, Santa Rosa, California 95403, (707) 524-4200 [telephone] and (707) 523-4610 [facsimile]; and ssteever@lanahan.com and wfeeney@lanahan.com [e-mail, respectively], as its

487516

**ORDER ON SIMPSON TIMBER COMPANY'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

retained attorney of record in place and stead of PILLSBURY WINTHROP SHAW PITTMAN LLP, Margaret Rosegay and Gerald F. George, is hereby GRANTED.

Dated: January 30, 2008

_____
Hon. Charles R. Breyer,
United States District Judge



487516

-2-

**ORDER ON SIMPSON TIMBER COMPANY'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**