Christopher A. Sproul (Bar No. 126398)
Jodene Isaacs (Bar No. 226895)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376; Fax (415) 358-5695
Email: csproul@enviroadvocates.com, jisaacs@enviroadvocates.com

William Verick (Bar No. 140972)
Klamath Environmental Law Center
Fredric Evenson (Bar No. 198059)
424 First Street
Eureka, CA 95501
Telephone: (707) 268-8900; Fax (707) 268-8901
Email: wverick@igc.org, ecorights@earthlink.net

Michelle D. Smith (Bar No. 233515)
Humboldt Baykeeper
422 First Street, Suite G
Eureka, CA 95501
Telephone: (707) 268-0665; Fax (707) 268-8901
Email: michelle@humboldtbaykeeper.org

Attorneys for Plaintiffs,
HUMBOLDT BAYKEEPER
ECOLOGICAL RIGHTS FOUNDATION and
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, et al., | CASE NO. C 06 4188 CRB |
| Plaintiffs, | |
| v. | STIPULATION BETWEEN PLAINTIFFS AND NORTH COAST RAILROAD AUTHORITY RE ACCESS TO RAILROAD PROPERTY |
| SIMPSON TIMBER COMPANY, et al., | |
| Defendants. | |

This is a Stipulation between plaintiffs Humboldt Baykeeper ("Baykeeper"), Ecological Rights Foundation ("ERF") and Californians for Alternatives to Toxics ("CATs") on the one hand (collectively "Plaintiffs), and Defendant North Coast Railroad Authority ("Railroad") on the other (collectively the "Parties to the Stipulation").

1. This stipulation aims to facilitate implementation of a settlement between Plaintiffs and Defendant Simpson Timber Company ("Simpson"). That settlement (the "Settlement") will be entered by the Court as a Consent Decree.

2. Paragraphs 8 through 25 and of the proposed Consent Decree require that Simpson perform an Eastern Drainage Swale Remedial Action plan as described in Exhibit B to the proposed Consent Decree, and that Simpson monitor any residual contamination. A copy of the proposed Consent Decree is attached as Exhibit A to this Stipulation. The proposed Consent Decree also provides that Plaintiffs may observe the remedial actions Simpson takes pursuant to the proposed Consent Decree, and that Plaintiffs may obtain samples of any soil or water that Simpson removes to have analyzed for those chemicals listed in the proposed Consent Decree as Chemicals of Concern ("COCs"). In addition, the proposed Consent Decree provides that under certain specified conditions, Plaintiffs may take their own samples of water from monitoring wells and have those samples analyzed for contaminants.

3. The Eastern Drainage Swale, as described and mapped in the proposed Consent Decree is on Humboldt County, California Assessor's Parcel Number ("APN") 003-082-022. This parcel belongs to the Railroad.

4. The Parties to the Stipulation therefore seek to facilitate implementation of the Eastern Drainage Swale Remedial Action Plan, as well as any monitoring the Consent Decree provides for, by ensuring that Plaintiffs and Simpson have a right to access APN 003-082-022 to the extent necessary to implement the rights and responsibilities provided in the proposed Consent Decree.

The Parties to the Stipulation, by and through their attorneys HEREBY STIPULATE AS FOLLOWS:

A. The Railroad hereby grants Simpson, and Simpson's agents and contractors (collectively "Simpson") the right of access APN 003-082-022 to the extent necessary in order for Simpson to implement the Eastern Drainage Swale Remedial Action Plan as described in paragraphs 8 through 25 and Exhibit B of the proposed Consent Decree.

B.  The Railroad hereby grants Simpson the right to implement the Eastern Drainage Swale Remedial Action Plan as described in paragraphs 8 through 25 and Exhibit B of the proposed Consent Decree.

C.  The Railroad hereby grants Simpson the right of access to APN 003-082-022 in order to implement any monitoring, including installation of and sampling from groundwater monitoring wells, that is provided for in the proposed Consent Decree.

D.  The Railroad hereby grants Simpson the right to implement on APN 003-082-022, any monitoring, including installation of and sampling from groundwater monitoring wells, that is provided for in the proposed Consent Decree.

E.  The Railroad hereby grants Plaintiffs and their agents and contractors (collectively "Plaintiffs") the right of access to APN 003-082-022, to the extent necessary for Plaintiffs to exercise any rights Plaintiffs have under the Consent Decree to observe Simpson's implementation of the Eastern Drainage Swale Remedial Action Plan as described in paragraphs 8 through 25 and Exhibit B of the proposed Consent Decree.

F.  The Railroad further grants Plaintiffs the right to exercise on APN 003-082-022 any rights or responsibilities Plaintiffs have to participate in monitoring provided in the proposed Consent Decree, including the taking of soil samples and samples from groundwater monitoring wells.

G.  Plaintiffs will provide the Railroad with copies of the results of any analysis Plaintiffs have performed on any samples Plaintiffs take of soil or groundwater from APN 003-082-022.

//
//
///
///
///

STIPULATION RE ACCESS TO
RAILROAD PROPERTY
CASE NO. C 06 4188 CRB

H.  This case is hereby dismissed with prejudice as against the Railroad with the Court retaining jurisdiction to enforce the terms of this Stipulation.

IT IS SO STIPULATED.

Dated: February 17, 2007

*Christopher A. Sproul*

_____
Christopher Sproul
Attorney for Plaintiffs Humboldt
Baykeeper, Ecological Rights Foundation
and Californians for Alternatives to Toxics

Dated: _____

_____
Christopher Neary
Attorney for Defendant North Coast
Railroad Authority

APPROVED and SO ORDERED, this _____ day of _____, 2008.

UNITED STATES DISTRICT JUDGE

By _____

STIPULATION RE ACCESS TO
RAILROAD PROPERTY
CASE NO. C 06 4188 CRB

H.   This case is hereby dismissed with prejudice as against the Railroad with the Court retaining jurisdiction to enforce the terms of this Stipulation.

IT IS SO STIPULATED.

Dated: _____

*Christopher Sproul*
Christopher Sproul
Attorney for Plaintiffs Humboldt Baykeeper, Ecological Rights Foundation and Californians for Alternatives to Toxics

Dated: February 15, 2008

Christopher Neary
Attorney for Defendant North Coast Railroad Authority

APPROVED and SO ORDERED, this 21st day of March, 2008.

UNITED STATES DISTRICT JUDGE

By _____

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE ACCESS TO
RAILROAD PROPERTY
CASE NO. C 06 4188 CRB