Christopher A. Sproul (Bar No. 126398)
Jodene Isaacs (Bar No. 226895)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com, jisaacs@enviroadvocates.com

William Verick (Bar No. 140972)
Klamath Environmental Law Center
Fredric Evenson (Bar No. 198059)
Law Offices of Fredric Evenson
424 First Street
Eureka, CA 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: wverick@igc.org, ecorights@earthlink.net

Michelle D. Smith (Bar No. 233515)
Humboldt Baykeeper
217 E Street
Eureka, CA 95501
Telephone: (707) 268-0665
Facsimile: (707) 268-8901
Email: michelle@humboldtbaykeeper.org

Attorneys for Plaintiffs
HUMBOLDT BAYKEEPER,
ECOLOGICAL RIGHTS FOUNDATION and
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPSON TIMBER COMPANY, et al.,<br><br>Defendants. | Civil Case No. 06-04188 CRB<br><br>**STIPULATION BETWEEN PLAINTIFFS AND SHN CONSULTING ENGINEERS AND GEOLOGISTS**<br><br>Date:<br>Time:<br>Dept: Courtroom Eight, 19th Floor<br>Judge: Hon. Charles R. Breyer |

STIPULATION BETWEEN PLAINTIFFS AND SHN

1    This is a Stipulation between Humboldt Baykeeper ("Baykeeper"), Ecological Rights Foundation ("ERF") and Californians for Alternatives to Toxics ("CATs") on the one hand (collectively "Plaintiffs"), and Defendant SHN Consulting Engineers and Geologists, Inc. ("SHN") on the other (collectively the "Parties to the Stipulation").

This stipulation is intended to resolve Plaintiffs' claims against SHN for SHN's alleged violations of the Clean Water Act (CWA), the Resource Conservation and Recovery Act (RCRA), and the California Hazardous Waste Control Act for SHN's activities at 1200 West Del Norte, Eureka, California.

The Parties to the Stipulation, by and through their attorneys HEREBY STIPULATE AS FOLLOWS:

1. The Parties to this stipulation hereby agree that each Party shall bear all of their own costs and fees incurred in this matter, including but not limited to all attorneys' fees, court costs, and all other expenses that have arisen or may arise in the future as a result of this action.

2. The Plaintiffs hereby dismiss with prejudice all claims alleged by Plaintiffs against SHN.

IT IS SO STIPULATED.

DATED: April 3, 2008

*[signature: Michelle D. Smith]*

MICHELLE D. SMITH
ATTORNEY FOR PLAINTIFFS
Humboldt Baykeeper, Ecological Rights Foundation, and Californians for Alternatives to Toxics

DATED: April 4, 2008

*[signature: Brian Ledger]*

BRIAN LEDGER
ATTORNEY FOR DEFENDANT
SHN Consulting Engineers and Geologists, Inc

IT IS SO ORDERED
*[signature]*
Judge Charles R. Breyer
April 9, 2008

STIPULATION BETWEEN PLAINTIFFS AND SHN